Law Office of Maria W. Tam
Maria W. Tam (CSB#:164996)
809 S. Atlantic Blvd., Suite 205
Monterey Park, CA 91754
Tel: (626) 281-9353
Fax: (626) 281-9354

Attorney for Defendant
VITAJOY USA, INC.

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: <br><br> CORE SUPPLEMENT TECHNOLOGY, INC., <br><br> Debtor. <br><br> RICHARD M KIPPERMAN, Chapter 7 Trustee, <br><br> Plaintiff, <br><br> v. <br><br> VITAJOY USA, INC. a California corporation, <br><br> Defendant. | Case No.: 17-06078-MM7 <br><br> Adv Proceeding No.: 19-90111-MM <br><br> Chapter 7 <br><br> **ANSWER** <br> OF DEFENDANT VITAJOY USA, INC. <br><br><br> Date: None Set <br> Time: None Set <br> Dept: One (Rm 218) <br> Judge: Hon. Margaret M. Mann |

Defendant VITAJOY USA, INC. answers this adversary complaint as follows:

Defendant has no information or belief sufficient to enable it to accurately respond to the allegations set forth in Paragraphs 1, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19 and 20 inclusive, of this adversary complaint and, on that basis denies each and every allegation set forth in these paragraphs.

Defendant admits to Paragraph 2.

### FIRST SPECIAL DEFENSE

1. The Complaint should be dismissed on account of insufficiency of service or process.

### SECOND SPECIAL DEFENSE

1  2. The Complaint should be dismissed for failure to state a claim upon which relief can be
2  granted.

### THIRD SPECIAL DEFENSE

4  3. The Complaint is barred by the statute of limitations.

### FOURTH SPECIAL DEFENSE

6  4. The Complaint is barred by reason of the conduct of the plaintiff which constitutes
7  estoppel and waiver.

### FIFTH SPECIAL DEFENSE

9  5. The plaintiff is not entitled to any relief against defendant by the doctrine of laches and/or
10 unclean hands.

### SIXTH SPECIAL DEFENSE

12 6. That plaintiff failed to mitigate its damages.

### SEVENTH SPECIAL DEFENSE

14 7. The Complaint is barred by Statute of Fraud.

### EIGHTH SPECIAL DEFENSE

16 8. The alleged transfers may not be avoided since the transfers were contemporaneous
17 exchange for new value given to the debtor.

### NINTH SPECIAL DEFENSE

19 9. The alleged transfers may not be avoided since the transfers were in payment of a debt
20 incurred by the debtor in the ordinary course of business.

### TENTH SPECIAL DEFENSE

22 10. The alleged transfer may not be avoided since the defendant has given new value to the
23 debtor after the alleged transfers.

### ELEVENTH SPECIAL DEFENSE

25 11. The alleged transfer may not be avoided since debtor owes defendant the approximate sum
26 of nine hundred seventy three thousand two hundred fifty seven dollars and fifty cents
27 ($973,257.50) as reflected the Proof of Claim failed by defendant.
28 //

WHEREFORE, defendant prays that the Court will:

1. deny plaintiff's complaint;
2. award the defendant attorneys fees and cost;
3. award the defendant any and other relief as the court deems proper.

Dated: October 16, 2019                    Law Office of Maria W. Tam

/s/Maria W. Tam

Maria W. Tam, Esq.
Attorney for Defendant
VITAJOY USA, INC.